UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED

10 JUL -9 AM 8:36

CLERK, U.S. DISTRICT C...
...ERN DISTRICT OF CAL...

BY: _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>          vs.<br><br>OMAR RODRIGUEZ-OCAMPO<br>                Defendant. | CASE NO. 09CR4599-JLS<br><br>**JUDGMENT OF DISMISSAL** |

       IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___  the Court has dismissed the case for unnecessary delay; or

___  the Court has granted the motion of the Government for dismissal; or

___  the Court has granted the motion of the defendant for a judgment of acquittal; or

___  a jury has been waived, and the Court has found the defendant not guilty; or

___  the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) of: __8:1326(a) and (b)__

       IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 7/8/10

_____
JAN M. ADLER
UNITED STATES DISTRICT JUDGE


ENTERED ON _____